JS-6



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:17-cv-8252 WDK(JEMx) |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| LYSA JOY MOSS, AKA LYSA MOSKOWITZ AKA LYSA BELLISI, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Lysa Joy Moss, aka Lysa Moskowitz aka Lysa Bellisi, for principal amount of $9,210.06 plus interest accrued to November 13, 2017, of $8,466.14; with interest accruing thereafter at the daily rate of $0.82 until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**17,676.20**.

DATED: February 14, 2018     By: _____
                              Honorable William D. Keller
                              United States District Court

Page 1